UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JASON GAZA,

    Plaintiff,

v.                                                      Case No. 8:15-cv-2199-T-27JSS

CELCO, LTD.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court *sua sponte*. On August 2, 2016, this Court appointed Peter Grilli, Esq. as mediator, designated Plaintiff's counsel as lead counsel, and required Plaintiff's counsel, within 11 days, to file a timely notice of compliance with the mediation order. (*See* Dkt. 15). The Order stated that "**Failure of Lead Counsel to file a timely Notice of Compliance will result in dismissal of this action for failure to prosecute pursuant to Local Rule 3.10.**" (emphasis original) (*Id.*) No notice has been filed. Accordingly, this case is **DISMISSED** *without prejudice* for failure to prosecute. The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** this __24th__ day of August, 2016.

                                                               JAMES D. WHITTEMORE
                                                               United States District Judge

Copies to:
Counsel of Record